**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 20-11393-PMM |
| Rocky Schreck | : Chapter 13 |
|        Debtor | : |
| | : |
| U.S. Bank National Association, not in its | : |
| individual capacity, but solely as trustee of | : |
| NRZ Pass-Through Trust XIV c/o Fay | : |
| Servicing, LLC | : |
|        Movant | : |
|    vs. | : |
| | : |
| Rocky Schreck | : |
|        Debtor/Respondent | : |
|    and | : |
| Scott F. Waterman, Esquire | : |
|        Trustee/Respondent | : |

**ORDER**

AND NOW, this  7th  day of   July  , 2020, upon the Motion of Movant U.S. Bank National Association, not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust XIV c/o Fay Servicing, LLC, it is hereby:

ORDERED THAT: the Motion is granted as to Movant and its successors, if any, and the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 of the Bankruptcy Code is modified and lifted with respect to the premises, 1410 Krumsville Road, Lenhartsville, PA 19534, and it is hereby

FURTHER ORDERED THAT: Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.

*Patricia M. Mayer*
_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Judge